**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-2064**

———————

POWHATAN COUNTY SCHOOL BOARD,

       Plaintiff - Appellee,

   v.

KANDISE LUCAS,

       Defendant - Appellant,

   and

TODD SKINGER,

       Defendant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:24-cv-00874-REP)

———————

Submitted:  June 24, 2026                       Decided:  July 13, 2026

———————

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Kandise Lucas, Appellant Pro Se.  Matthew David Green, Laura Elizabeth Maughan, SANDS ANDERSON, PC, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kandise Lucas appeals the district court's order granting a permanent injunction for Powhatan County School Board in its complaint against Lucas. We have reviewed the record and find no reversible error. Accordingly, we deny each of Lucas's pending motions, and we affirm the district court's order. *Powhatan Cnty. Sch. Bd. v. Lucas*, No. 3:24-cv-00874-REP (E.D. Va. Aug. 29, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*